UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                        :

ELIZABETH JONES, *on behalf of herself and on behalf*  :
*of all other similarly situated individuals*,          :
                                          :

                Plaintiff,            :           26 Civ. 3008 (JPC)
                                          :

      -v-                         :              ORDER
                                          :

OSCAR HEALTH, INC.,               :
                                          :

                Defendant.        :
                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant was served with the Complaint in this action on April 20, 2026.  Dkt. 9.  On

April 24, 2026, the Court granted Defendant's request to adjourn its deadline to respond to the

Complaint.  Dkt. 10.  The Court's Order, however, contained a typographical error as to the new

deadline for Defendant's response.  *See id.*  The correct deadline is June 10, 2026.

      SO ORDERED.

Dated: May 5, 2026
      New York, New York                   _____
                                        JOHN P. CRONAN
                              United States District Judge