UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ELIZABETH JONES, *on behalf of herself and on behalf*   :
*of all other similarly situated individuals*,                         :
                                                                        :
                                           Plaintiff,                   :          26 Civ. 3008 (JPC)
                                                                        :
                   -v-                                                  :             ORDER
                                                                        :
OSCAR HEALTH, INC.,                                                     :
                                                                        :
                                           Defendant.                   :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Judge Margaret M. Garnett scheduled an initial pretrial conference for May 28, 2026,

before this action was transferred to the undersigned as related to *Navarro v. Oscar Health, Inc.*,

No. 26 Civ. 2861. *See* Dkt. 6. That conference is adjourned *sine die*.

SO ORDERED.

Dated: May 7, 2026                          _____
          New York, New York                         JOHN P. CRONAN
                                                  United States District Judge